CHICAGO—FIRST DISTRICT—MARCH, 1917.    371

George J. Cooke Co. v. E. R. Stege Brewery, 204 Ill. App. 371.

George J. Cooke Company, Appellee, v. E. R. Stege Brewery et al., in the matter of the intervening petition of Vincent D. Wyman et al., trading as Wyman, Jurgens & Carpenter, Appellants.

Gen. No. 22,119.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FREDERICK A. SMITH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed March 20, 1917.

### Statement of the Case.

Bill of interpleader by George J. Cooke Company, complainant, against E. R. Stege Brewery et al., defendants, to determine the right to a certain fund paid by complainant into court. From an order dismissing the intervening petition of Vincent D. Wyman et al., copartners, trading as Wyman, Jurgens & Carpenter, the interveners appeal.

RAYMOND Y. ELLIS and RAGNAR OBERG, for appellants.

SIMEON STRAUS and IRA E. STRAUS, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

PARTIES, § 33*—*when petition for intervention by attorneys is properly dismissed.* Where a firm of attorneys filed an intervening petition in a suit brought on a bill of interpleader to determine the right to a certain fund paid into court, claiming in such petition as assignee of the interest in said fund of one of the defendants to such suit after issue joined therein, and it appeared the petitioners were attorneys at law who had represented the assignor at a certain stage of the controversy and that one of them was his solicitor in such suit, *held* that the petition was properly dismissed in view of such circumstances.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.